1544

## MOTION AND PROCEDURAL RULINGS

**2010-0567.   Galloway v. Cook.**
Lucas App. No. L–09–1221, 2010-Ohio-688. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and shall proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Lucas County. Appellant shall file his merit brief within 40 days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 through 6.7.

PFEIFER, Acting C.J.

## DISCIPLINARY CASES

**2003–1865 and 2006–1261.   Disciplinary Counsel v. Young.**
This cause is pending before the court upon consideration of respondent's petition for reinstatement. Upon consideration of respondent's motion for redaction,

It is ordered that the motion is granted, and counsel for respondent shall come to the Supreme Court of Ohio and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, from the attachments to respondent's petition for reinstatement filed in this case within ten days of the date of this entry.

PFEIFER, Acting C.J.